1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7                          FOR THE DISTRICT OF ARIZONA

8

9   Ken Elliott Olsen,                      )   No. CV 07-052-TUC-FRZ
                                            )
10                 Petitioner,              )   **ORDER**
                                            )
11  vs.                                     )
                                            )
12  Dora B. Schriro, et al.,                )
                                            )
13                 Respondents.             )
                                            )

14

15

16

17        Before the Court for consideration is Petitioner Ken Elliott Olsen's Petition for Writ

18  of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254, which was

19  filed on January 29, 2007, in which Petitioner raised one claim alleging that he "was denied

20  his Sixth and Fourteenth Amendment rights when the trial court admitted evidence of other

21  crimes, wrongs, or acts."

22        This matter was referred to United States Magistrate Judge Jennifer C. Guerin for all

23  pretrial proceedings and report and recommendation in accordance with the provisions of 28

24  U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2 of the Rules of Practice of the United

25  States District Court for the District of Arizona, Local Rules of Civil Procedure.

26        Magistrate Judge Guerin issued her Report and Recommendation on March 25, 2009,

27  setting forth the factual and procedural background of the underlying case and a thorough

28  analysis of the issues presented.

The Report and Recommendation recommends that the District Court, after its independent review, enter its order denying the Petition for Writ of Habeas Corpus.

The parties were given notice, pursuant to 28 U.S.C. §636(b), that the parties had 10 days after being served with a copy of this Report and Recommendation to file written objections. No objections were filed.

The Court, having made an independent review of the record herein and all matters submitted, orders as follows:

**IT IS ORDERED** that Magistrate Judge Guerin's Report and Recommendation [Doc. #18] is hereby **ACCEPTED** and **ADOPTED** as the findings of fact and conclusions of law by this Court;

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus is **DENIED** and that is case is hereby dismissed with prejudice;

Judgment shall be entered accordingly.


DATED this 15th day of October, 2009.

FRANK R. ZAPATA
United States District Judge